

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
TAMIR SALAND▪
HASAN SIDDIQUI▲
KENNETH WILLARD▲▪
PETERPAUL SHAKER▪
RAMI SALIM▲▪

▲ NJBar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 17, 2023

**Via CM/ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York

      Re:    **DiMeglio v. Hi-Health-Rx, LLC**
                **Case #: 1:23-cv-08544**

Dear Judge Rochon:

    We represent the Plaintiff in the above matter. We write to respectfully request that the Joint Letter due November 17, 2023, be canceled or adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

    The Plaintiff has obtained the Clerk's Certificate of Default and has mailed it to Defendant's business address. We ask for additional time to establish contact with Defendant.

    We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ PeterPaul Shaker*
PeterPaul Shaker, Esq.

In light of the fact that Defendant has not answered or otherwise appeared in this action, the parties' deadline to submit a joint status letter is adjourned. Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55.2(b) by **December 18, 2023**.

Dated: November 17, 2023
         New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON
United States District Judge**